

## NUMBER 13-19-00350-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

LAZARO QUINTANILLA,                                                          Appellant,

v.

CITY OF CORPUS CHRISTI,                                                      Appellee.

### On appeal from the 117th District Court
### of Nueces County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Hinojosa and Tijerina
Memorandum Opinion by Justice Hinojosa**

The appellant's brief in the above cause was due on October 21, 2019. On October 28, 2019, the Clerk of the Court notified appellant that the brief had not been timely filed and that the appeal was subject to dismissal for want of prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless within ten days from the date of receipt of this letter, appellant reasonably explained the failure and the appellee was not

significantly injured by the appellant's failure to timely file a brief.   To date, no response has been received from appellant.   Appellee has filed a motion to dismiss for want of prosecution.

Appellant has failed to either reasonably explain his failure to file a brief, file a motion for extension of time to file his brief, or file his brief.   Accordingly, appellee's motion is GRANTED and the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 38.8(a), 42.3(b).

LETICIA HINOJOSA
Justice

Delivered and filed the
26th day of November, 2019.